UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

HENRY DESOUZA,                                Civil No. 11-1270 (JRT/AJB)

                   Plaintiff,

v.                                       **ORDER ADOPTING REPORT**
                                                   **AND RECOMMENDATION**

BANK OF AMERICA, MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., INDYMAC BANK,
AND PETERSON, FRAM, AND
BERGMAN,

                   Defendants.

_____

      Henry DeSouza, 7325 Scot Terrace, Eden Praire, MN 55346, pro se plaintiff.

      Sparrowleaf Dilts McGregor, Andre Hanson, and Ronn Kreps, **FULBRIGHT & JAWORSKI,** 80 South Eighth Street, Suite 2100, Minneapolis, MN 55402, for Defendants Bank of America and Mortgage Electronic Registration Systems, Inc.

      Jared Goerlitz and Steven Bruns, **PETERSON FRAM & BERGMAN, PA**, 55 East Fifth Street, Suite 800, St. Paul, MN 55101, for Defendant Peterson, Fram & Bergman.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated September 13, 2011 [Docket No. 19]. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that that the Motion to Dismiss by defendant Peterson, Fram, & Bergman, PA's is **granted** [Docket

No. 13], and Peterson, Fram, & Bergman, PA. is **dismissed** with prejudice from this case.

Dated: October 11, 2011
at Minneapolis, Minnesota            s/ John R. Tunheim
                                    JOHN R. TUNHEIM
                                 United States District Judge